IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**JEREMIAH E. BROWN,**

    **Plaintiff,**

    v.                                      CASE NO. 21-3081-SAC

**CHRISTOPHER J. PAPINEAU,**
et al.,

    **Defendants.**

## MEMORANDUM AND ORDER

This matter is before the Court on a civil rights complaint filed under 42 U.S.C. § 1983 by a prisoner. Plaintiff has filed a motion for leave to proceed *in forma pauperis*. Plaintiff is incarcerated at the Morgan County Adult Detention Center in Versailles, MO.

The complaint identifies the defendants as: Christopher J. Papineau, Columbia, Missouri CPD-ATF-TFO; Bradley Overton, Columbia, Missouri CPD; and Michael Kile, Columbia, Missouri CPD. (Doc. 1.) Plaintiff's allegations in the complaint are based on a traffic stop by the Columbia Police Department that resulted in a search and seizure.

Under 28 U.S.C. § 1391(b):

> A civil action may be brought in –
>
> (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;
>
> (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated . . .

28 U.S.C. § 1391(b)(1)–(2).

Accordingly, venue is proper in Missouri under 28 U.S.C. § 1391(b).  The Court directs the Clerk of the Court to transfer this matter to the United States District Court for the Western District of Missouri.

**IT IS THEREFORE ORDERED BY THE COURT** that the Clerk of Court shall transfer this action to the United States District Court for the Western District of Missouri.

**IT IS SO ORDERED**.

**Dated March 18, 2021, in Topeka, Kansas.**

<u>s/ Sam A. Crow</u>
**SAM A. CROW**
**Senior U. S. District Judge**